IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVERARDO ROBLES-CARVAJAL,<br><br>　　　　Defendant. | CR 11-00591 BLF<br>CR 11-00593-002 BLF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

　　　Based on the stipulation of the parties, the Court hereby adopts the following briefing schedule addressing the merits of Mr. Robles-Carvajal's claims:

　　　**September 16, 2016**: Government's deadline to file a Response

　　　**September 30, 2016**: Mr. Robles-Carvajal's deadline to file a Traverse

　　　IT IS SO ORDERED.

　　August 8, 2016　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　DATED　　　　　　　　　　　　　　　　　　HONORABLE BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

-1-